### Commonwealth *v.* Barnett, Appellant.

Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Gary M. Gilbert,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.